C. M. STRANGE, *Plaintiff in Error*, v. DADE GROCERY COM-
PANY, A CORPORATION, *Defendant in Error.*

En Banc.

Decision Filed April 3, 1925.

A Writ of Error to the Circuit Court for Dade County;
A. J. Rose, Judge.

*M. S. Bobst* and *Stapp, Vining & Ward,* for plaintiff in
Error;

No appearance for Defendant in Error.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment herein, and briefs and argument of counsel for plaintiff in error, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be, and the same is hereby, affirmed.

WEST, C. J., AND WHITFIELD, ELLIS, BROWNE AND TERRELL, J. J., concur.